**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CROWD SOURCE DEVELOPMENT, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 2014 CV 232 |
| v. | ) | |
| | ) | |
| **ENTREPIDUS, LLC, MARCELLO CASTRO, MAURIZIO ACQUAVELLA & FERNANDO VALENTINER** | ) ) ) | Honorable James F. Holderman |
| | ) | Magistrate Judge Jeffrey Gilbert |
| | ) | |
| **Defendants.** | ) | |

**Joint Stipulation to Dismiss**

Now comes CROWD SOURCE DEVELOPMENT, INC., by and through its attorneys KEEFE, CAMPBELL, BIERY & ASSOCIATES, and ENTREPIDUS, LLC, MARCELLO CASTRO, MAURIZIO ACQUAVELLA and FERNANDO VALENTINER, all by and through their attorney MARTIN J. OBERMAN, together request this matter be dismissed with prejudice.

1. The parties have entered into a settlement agreement to resolve all issues.

2. The terms of this agreement were finalized on January 22, 2014.

3. The conditions of this agreement have been effectuated as of February 26, 2014.

4. The parties stipulate this matter should be dismissed with prejudice.

WHEREFORE, the parties jointly request this Court enter an order dismissing this complaint with prejudice.

Date: February 26, 2014          Respectfully submitted,

/s/ Arik D. Hetue

**ARIK D. HETUE** (ARDC No. 6300018)
Attorney for Crowd Source Development, Inc.
Keefe, Campbell, Biery & Associates, LLC
118 North Clinton Street
Suite 300
Chicago, IL 60661
Tel: 312-756-3707
Fax: 312-756-1901
ahetue@keefe-law.com


/s/Martin J. Oberman

**MARTIN J. OBERMAN** (ARDC No. 2076713)
Attorney for Defendants
Suite 2200
135 South LaSalle St.
Chicago, Illinois 60603
(312) 360-1800
martin@obermanlaw.net